No. 97–918. LOVILIA COAL CO. ET AL. *v.* HARVEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1080. OHUEGBE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 97–1101. BARNES *v.* LOGAN ET UX., TRUSTEES FOR THE LOGAN INTER VIVOS TRUST. C. A. 9th Cir. Certiorari denied.

No. 97–1118. BRESNAHAN *v.* CALIFORNIA HIGHWAY PATROL ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1133. WALLS *v.* COUNTY OF LOS ANGELES, OFFICE OF THE DISTRICT ATTORNEY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–1134. BAUGHANS, INC., ET AL. *v.* DOMINO'S PIZZA, INC. C. A. 3d Cir. Certiorari denied.

No. 97–1241. CRAWFORD, ADMINISTRATRIX OF THE ESTATES OF KELLEY ET VIR, DECEASED *v.* ANDREW SYSTEMS, INC. C. A. 11th Cir. Certiorari denied.

No. 97–1242. KENNAMETAL, INC. *v.* COMMISSIONER OF REVENUE OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–1256. SINCLAIR OIL CORP. *v.* COUNTY OF SANTA BARBARA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1264. BANK ONE, TEXAS, NATIONAL ASSN., TRUSTEE OF THE RED CREST TRUST, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1282. STETLER *v.* SANDERS ET AL. Ct. App. Ky. Certiorari denied.

No. 97–1285. SHEPHARD *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 97–1303. ROSS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.